IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
MAR 06 2020
Clerk, U S District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>DAVID ANDREW MEYERS,<br><br>Defendant. | CR 19-26-BLG-SPW-2<br><br>ORDER |

Upon the Court's Own Motion,

IT IS HEREBY ORDERED that sentencing hearing currently scheduled for Friday, March 6, 2020 at 2:30 p.m., is **VACATED** and reset to commence on **Tuesday, March 10, 2020 at 3:30 p.m.** in the James F. Battin U.S. Courthouse, Billings, Montana.

The Clerk shall forthwith notify the parties of the making of this Order.

DATED this 6th day of March, 2020.

SUSAN P. WATTERS
United States District Judge

1